UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

                Plaintiff,

     vs.

JESSIE FLETES-FIERROS (1),

                Defendant.

CASE NO. 11CR3822-MMA

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) on the Information of:

21:841(a)(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/18/11

                                            LOUISA S PORTER
                                            UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____